AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Rogelio Luis Nores <br><br> *Plaintiff(s)* <br> v. <br> Geoff Payne <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:25-cv-80060-AMC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Geoff Payne
34 Wychall Drive, Moseley Meadows,
Bushbury, Wolverhampton, United Kingdom, WV10 8UU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas Collazo, Esq.
Whisenand & Turner P.A.
240 Crandon Blvd., Suite 250
Key Biscayne, Florida 33149

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jan 16, 2025

Angela E. Noble
Clerk of Court

*s/ C. Davis*
Deputy Clerk
U.S. District Courts