**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80060-CIV-CANNON**

**ROGELIO LUIS NORES**,

    Plaintiff,

v.

**GEOFF PAYNE**,

    Defendant,

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on April 9, 2025 [ECF No. 16].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective April 9, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 16].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of April 2025.

                                                              **AILEEN M. CANNON**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record